# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re,<br><br>THE ROMAN CATHOLIC BISHOP OF<br>SAN DIEGO, a corporation sole,<br><br>Debtor.<br><br>JACOB OLIVAS, an individual; PATRICK OLIVAS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>DIOCESE OF SAN DIEGO EDUCATION AND WELFARE CORPORATION, et al.,<br><br>Defendants. | CASE NO. 07cv1355-IEG(RBB)<br>Bankruptcy Case No. 07-00989-LA11<br>Adversary Case No. 07-90078<br><br><br>Order Clarifying August 20, 2007 Order Denying Motion to Withdraw the Reference |

Evidence of public record makes it apparent the Debtor has misconstrued the Court's August 20, 2007 Order. See Sandi Dolbee and Mark Sauer, U.S. Judge Won't Intervene in Diocese Case, SAN DIEGO UNION TRIBUNE, August 21, 2007, at B8 (statement by Diocese attorney Michael Webb that bankruptcy court is blocked from considering remand motions). The Court hereby clarifies that its August 20, 2007 order denied without prejudice the Debtor's motion to withdraw the reference of the adversary actions, as well as the motions to remand set for hearing in

1  those cases.  The Court intends, at the time of the November 26, 2007 hearing, to allow the Debtor
2  to renew its motion to withdraw the reference.  However, in the interim, jurisdiction remains in the
3  bankruptcy court to take any and all actions necessary for administration of the bankruptcy
4  proceedings, including but not limited to ruling on the pending motions for remand.  Nothing in
5  this order or in the Court's August 20, 2007 order shall be construed as an indication that the
6  bankruptcy court lacks jurisdiction to rule on any matter.

**IT IS SO ORDERED**.

DATED: August 21, 2007

_____
**IRMA E. GONZALEZ, Chief Judge
United States District Court**